FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKIMA FRUIT AND COLD STORAGE CO., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DECCO U.S. POST-HARVEST, INC., a Delaware corporation,<br><br>    Defendant. | No. 1:20-CV-03116-SAB<br><br>**ORDER DENYING STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion for Entry of Protective Order, ECF No. 15. The parties seek a protective order to protect the confidentiality of records pertaining to trade secret information, confidentiality or non-disclosure agreements, and personal and financial information. The stipulation was considered without oral argument.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of

**ORDER DENYING STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER** # 1

breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Entry of Protective Order, ECF No. 15, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 28th day of January 2021.



Stanley A. Bastian
United States District Judge

**ORDER DENYING STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER** # 2